UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 05506
   DANIEL J FALOONA
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
      Debtor
   SSN XXX-XX-2589
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/28/07 and confirmed on 07/18/07.

2. The case was dismissed after confirmation, 05/30/2008.

3. The Debtor paid a total of $   8160.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 3567.92 | .00 | 3567.92 |
| COURT HOMES OF FRANKFORT | SECURED | 1361.18 | .00 | 1361.18 |
| DIVISION OF CHILD SUPPOR | CHILD SUPPORT | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| BENTON PLAZA | SECURED | 16247.53 | .00 | 2927.46 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| VALUE CITY | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 54.12 | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 7918.02 | .00 | .00 |
| PATRICIA FITZGERALD | CHILD SUPPORT | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 223.17 | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 21176.63 | .00 | 8195.31 | .00 | 29371.94 |
| PRINCIPAL PAID | 7856.56 | .00 | .00 | .00 | 7856.56 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 7856.56 | .00 | .00 | .00 | 7856.56 |

The Debtor's attorney, ERNESTO D BORGES JR           , was allowed $       .00 and was paid $      .00 .

The Trustee received $    303.44 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 08/20/08                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 05506 DANIEL J FALOONA